ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE _____ DISTRICT OF _Hawaii_

_____ DIVISION

*(Write the District and Division, if any, of
the court in which the complaint is filed.)*

USDC MAR 29 '22 11:25PM

Louis WAC Nihee

_____

_____

*(Write the full name of each plaintiff who is filing
this complaint. If the names of all the plaintiffs
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)*

**-against-**

Hawaiian Telcom

_____

_____

*(Write the full name of each defendant who is
being sued. If the names of all the defendants
cannot fit in the space above, please write
"attached" in the space and attach an additional
page with the full list of names.)*

**Complaint for Employment
Discrimination**

Case No. **CV22 00133** LEK WRP

*(to be filled in by the Clerk's Office)*

Jury Trial:  ☑ Yes  ☐ No

*(check one)*

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 29 2022

at _11_ o'clock and _25_ min. _P_ M
CLERK, U.S. DISTRICT COURT

I.    **The Parties to This Complaint**

A.    **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint.  Attach
additional pages if needed.

Name                Louis WAC Niheu

Street Address      2172 A. California Ave

City and County     Wahiawa   Hr

State and Zip Code  Hawaii   96786

Telephone Number    808- 366- 2837

E-mail Address      lniheu @ gmail.com

B.    **The Defendant(s)**

Provide the information below for each defendant named in the complaint,
whether the defendant is an individual, a government agency, an organization, or
a corporation.  For an individual defendant, include the person's job or title (if
known).  Attach additional pages if needed.

Defendant No. 1

Name                Hawaiian Telcom Inc

Job or Title        c/o Gwen Massiah
(if known)

Street Address      1177  Bishop St, Suite 15

City and County     Honolulu

State and Zip Code  Hawaii   96813

Telephone Number    808-546-2550

E-mail Address      gwen.massiah @hawaiiantel.com
(if known)

~~Defendant No. 2~~

Name                c/oAnita Cross

Job or Title        Associate General Counsel
(if known)         Hawaiian Telcom

Street Address      221 E. 4th Street

City and County     Cincinnati, OH  45202

| | |
|---|---|
| State and Zip Code | Ohio    45202 |
| Telephone Number | 513-397-1463 office |
| E-mail Address | anita.cross @ cin |
| (if known) | |

### Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title | |
| (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address | |
| (if known) | |

### Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title | |
| (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address | |
| (if known) | |

**C.    Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is:

| | |
|---|---|
| Name | Hawaiian Telcom |
| Street Address | 1177 Bishop St   Suite 16 |
| City and County | Honolulu |
| State and Zip Code | Hawaii  96813 |
| Telephone Number | 808-546-2550 |

3

II.     **Basis for Jurisdiction**

This action is brought for discrimination in employment pursuant to *(check all that apply)*:



☑     Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐     Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☑     Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐     Other federal law *(specify the federal law)*:

_____

☑     Relevant state law *(specify, if known)*:

Section 701(a) of the Civil Rights Act
Prohibits Retaliation. Section 1602.14

☐     Relevant city or county law *(specify, if known)*:

regulations requires the preservation of
all personnel records relevant to this charge

III.    **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

        ☐    Failure to hire me.

        ☑    Termination of my employment.

        ☐    Failure to promote me.

        ☑    Failure to accommodate my disability.

        ☐    Unequal terms and conditions of my employment.

        ☑    Retaliation.

        ☑    Other acts *(specify)*: <u>rescinded ADA Enhancements</u> <u>made 2011 and used till Decumber 7, 2019</u>

        *(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.    It is my best recollection that the alleged discriminatory acts occurred on date(s): May 29, 2020 , July 1, 2020, June 4, 2020 1/24/20 10/10/2019 10/4/2019 July 20, 2020 July 30, 2020

C.    I believe that defendant(s) *(check one)*: 11/12/2019 Medical Records History of medical Impairment

        ☐    is/are still committing these acts against me.

        ☑    is/are not still committing these acts against me.

D.    Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

        ☐    race _____

        ☐    color_____

        ☐    gender/sex _____

        ☐    religion _____

        ☐    national origin _____

        ☐    age. My year of birth is _____. *(Give your year of birth only if you are asserting a claim of age discrimination.)*

History: ☑ disability or perceived disability *(specify disability)*
Lower Back MS4.5 Pain <u>Obstructive Sleep Apnea G47.33</u> History: Left Knee Pain —715.46
Diabetes GII.ID <u>Osteoarthritis of Left Knee ICD-10-cm m17.12 9/12/2016</u>
<u>Lumbar Disc Herniation MS1.26</u> ICD-9-cm 715.16
DM 2 W Peripheral Neuropathy E11.42

E.    The facts of my case are as follows. Attach additional pages if needed.

I Louis WAC Nihen am a qualified individual with a disability. I have medical impairments that have substantial limitations of one or more major lifes activities. With a history and record. I have medical condition that when active have substantial limitations of one or more major lifes activities. They have a history

*(Note: As additional support for the facts of your claim, you may attach to this and medical complaint a copy of your charge filed with the Equal Employment Opportunity record. Commission, or the charge filed with the relevant state or city human rights division.)*

## IV.   Exhaustion of Federal Administrative Remedies

A.   It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

Fepa No. 21329  E EOC No. 486-2020-00449  9/30/2020  01:12 PM FDT

B.   The Equal Employment Opportunity Commission *(check one)*:

☐   has not issued a Notice of Right to Sue letter.

☑   issued a Notice of Right to Sue letter, which I received on *(date)*

12/29/2021

*(Note:  Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.   Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐   60 days or more have elapsed.

☐   less than 60 days have elapsed.

6

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

All unpaid wages - Lost wages, Back wages, forward wages
emotional pain and physical pain suffered.
$300,000 → 500+ employees
Punitive Damages for employer illegal employment
practices, malice, fraud, Oppression, neglect of
Duty. $2.5 million

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: march 23, 2022

Signature of Plaintiff _____

Printed Name of Plaintiff ____Louis Nihea____

**B.**   **For Attorneys**   *to be announced. need to find.*

Date of signing: _____, 20__.

Signature of Attorney   _____

Printed Name of Attorney   _____

Bar Number   _____

Name of Law Firm   _____

Address   _____

Telephone Number   _____

E-mail Address   _____