**MARR JONES & WANG**
A LIMITED LIABILITY LAW PARTNERSHIP

RICHARD M. RAND                2773-0
  (*rrand@marrjones.com*)
Pauahi Tower
1003 Bishop Street, Suite 1500
Honolulu, Hawaii 96813
Tel. No. (808) 536-4900
Fax No. (808) 536-6700

Attorney for Defendant
HAWAIIAN TELCOM, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LOUIS W.A.C. NIHEU,<br><br>    Plaintiff,<br><br>  vs.<br><br>HAWAIIAN TELCOM,<br><br>    Defendant. | CIVIL NO. 22-00133 LEK WRP<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO ALL CLAIMS AND ALL PARTIES |

**STIPULATION FOR DISMISSAL WITH
PREJUDICE AS TO ALL CLAIMS AND ALL PARTIES**

　　　　　IT IS HEREBY STIPULATED by and between all parties who have appeared in this action, by their respective counsel, that this action is dismissed with prejudice. There are no remaining parties and/or issues.

　　　　　This stipulation is based on Rules 41(a)(1)(B) of the Federal Rules of Civil Procedure and has been signed by counsel for all parties who have made an appearance in this action. Each party agrees to bear their own attorneys' fees and costs.

1487272/0792.064

DATED:  Honolulu, Hawaii,  May 9, 2023                          .

     /s/ Richard M. Rand
RICHARD M. RAND

Attorney for Defendant
HAWAIIAN TELCOM, INC.

DATED:  Honolulu, Hawaii,  04/22/2023                          .

LOUIS W.A.C. NIHEU

*Pro Se* Plaintiff

APPROVED AND SO ORDERED:



   /s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

*Louis W.A.C. Niheu vs. Hawaiian Telcom, Inc.,* CIVIL NO. 22-00133 LEK WRP; STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO ALL CLAIMS AND ALL PARTIES